# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                         CASE NO. 6:25-cr-10098-JWB

**ERIK S. HARPER,**

    **Defendant.**

## EXPERT DISCLOSURE

**I.  ATF Special Agent Justin Sprague**

    **a.  Opinion:** Agent Sprague will testify he examined the following and determined these items are functional firearms and that the firearms were not produced in Kansas:

        A.  Exhibit 02: Anderson Manufacturing, model AM15, .223 Wylde caliber rifle, bearing serial number 21285745;

        B.  Exhibit 03: Smith & Wesson, model SD9VE, 9mm caliber pistol, bearing serial number FZY4407.

    **b.  Bases and Reasons for the Opinion:** The agent's expert report, which contain the bases for his opinions, is attached to this disclosure and incorporated herein. The report is signed by SA Sprague and contains "all the opinions and the bases and reasons

for them required by [Fed.R.Crim.P. 16(a)(1)(G)] (iii)." As such, the government asserts that SA Sprague is not required to sign this notice pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v).

    c.    **Qualifications:** The agent's Curriculum Vitae is attached to this disclosure and incorporated herein.

    d.    **Previous Publications:** None

    e.    **Previous Expert Testimony:**

    1. December 2021 – U.S. v. Roger Moss – 20-10038-01-JWB;

    2. July 2025 – U.S. v. Marshall Green, Jr. – 23-10041-08-EFM

    Respectfully submitted,

    RYAN KRIEGSHAUSER
    United States Attorney

    /s/ Lanny D. Welch
    LANNY D. WELCH, #13267
    Assistant United States Attorney
    United States Attorney's Office
    301 N. Main, Suite 1200
    Wichita, Kansas 67202
    316-269-6481
    Lanny.Welch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2025, I electronically filed the foregoing Disclosure with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                        s/Lanny D. Welch
                                                        LANNY D. WELCH
                                                        Assistant U.S. Attorney

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| HARPER, Erik - WFIG | 25-17725 | 3 |

## SUMMARY OF EVENT:

On June 4, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Justin Sprague examined two (2) firearms to determine their status as to travel in interstate and/or foreign commerce in relationship to allegations of crimes being investigated under case number 25-17725.

## NARRATIVE:

1. On June 4, 2025, SA Sprague examined the following firearms and their markings required under 27 CFR, Section 478.92, which include but are not limited to the serial number, name of the manufacturer, model, caliber or gauge, and also, when applicable, the importer. The firearms are described as follows:

    - Exhibit 02:  Anderson Manufacturing, model AM15, .223 Wylde caliber rifle, bearing serial number 21285745.

    - Exhibit 03:  Smith & Wesson, model SD9VE, 9mm caliber pistol, bearing serial number FZY4407.

2. In addition to the examination, these firearms were researched by referencing the Bureau of Alcohol, Tobacco, Firearms and Explosives list of firearm manufacturers and importers, the Blue Book of Guns (Forty-Third Edition and online edition), the Gun Digest 2020 (Seventy-Fourth Edition), and Anderson Manufacturing's website. These references are widely known and used by both law enforcement and civilian experts to obtain information about firearms and their respective manufacturers; including the place of manufacture and other matters of interest related to firearms. They are routinely relied upon to determine the place of manufacture of firearms.

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Justin Sprague | Special Agent | *Justin Sprague* | 06/09/2025 |

| Authorized by: | Title: | Signature: | Date: |
|---|---|---|---|
| 4517 | RAC | 4517 | 06/09/2025 |

| Second Level Reviewer (optional): | Title: | Signature: | Date: |
|---|---|---|---|
|  |  |  |  |

ATF EF 3120.2 (10-2004)
For Official Use Only

Case 6:25-cr-10098-JWB   Document 2   Filed 10/31/25   Page 5 of 16

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| HARPER, Erik - WFIG | 25-17725 | 3 |

3. SA Sprague conducted a test firing of Exhibits 02 and 03 by placing a live ammunition cartridge, with the propellant powder and projectile removed, into the chamber of the firearms and functioned them.

**FINDINGS:**

1. Based upon the physical evidence of the firearms, in conjunction with the research, knowledge and experience of SA Sprague, it is in his opinion that:

    - WM C Anderson Inc. manufactured Exhibit 02 in the state of Kentucky.

    - SWPC Plastics LLC manufactured the frame of Exhibit 03 in the state of Connecticut for Smith & Wesson Corp located in the state of Massachusetts.

2. Exhibits 02 and 03 functioned as designed during the test fire procedures.

**CONCLUSIONS:**

- Exhibits 02 and 03 are firearms as defined in Title 18, United States Code (U.S.C.), Chapter 44, Section 921(a)(3) and were not manufactured in the state of Kansas.

**OPINION:**

It is the opinion of SA Sprague that if Exhibits 02 and 03 were received and/or possessed in the state of Kansas, the exhibits would have traveled in interstate commerce.

**ATTACHMENT:**

Pictures of Exhibit 02 and 03

Statement of Qualifications

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| HARPER, Erik - WFIG | 25-17725 | 3 |

Case 6:25-cr-10098-JWB    Document 2    Filed 10/31/25    Page 6 of 16

















# **STATEMENT OF QUALIFICATIONS**

Justin D. Sprague, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
Wichita, Kansas

I, Justin D. Sprague, hereby declare and state:

1. That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since December of 2013. Prior to employment with ATF as a Special Agent, I was employed as an Industry Operations Investigator with ATF since September of 2007. Prior to employment with ATF as an Industry Operations Investigator, I was employed as a Police Officer for the City of Emporia, Kansas for just over two years.

2. That as a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, and training. I prepare reports relating to the identification, origin and classification of firearms and ammunition under the provisions of the Federal firearms laws.

3. That during the course of my duties with ATF as a Special Agent and as an Industry Operations Investigator, I have examined thousands of firearms and numerous rounds of ammunition for the purpose of determining various items of information including but not limited to; the manufacturer, model, caliber or gauge and serial number, function and design, and/or the status as related to the National Firearms Act. That I have had numerous contacts with firearms dealers, manufacturers, and importers who are Federal firearms licensees (FFLs), regarding licensing application, firearms transfer, acquisition, disposition, compliance with Federal regulations, and criminal enforcement matters.

4. That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the function, recognition, and identification of firearms and ammunition. This training includes, but is not limited to the following:

    - ATF Industry Operations Investigator Basic Training, Federal Law Enforcement Training Center, Glynco, Georgia.
    - Advanced Firearms Training for Industry Operations Investigators, Firearms and Ammunition Technology Division, Martinsburg, West Virginia
    - Criminal Investigator Training Program, Federal Law Enforcement Training Center, Glynco, Georgia.
    - Special Agent Basic Training, ATF National Academy, Federal Law Enforcement Training Center.

- Firearms Interstate Nexus Training, Firearms and Ammunition Technology Division, Martinsburg, West Virginia.
- Privately Made Firearms Nexus and Refresher Training, ATF National Crime Gun Intelligence Center of Excellence, Wichita, Kansas.

5. During my employment with ATF, I have had the opportunity to examine the ATF Firearms and Ammunition Technology Division's Reference Collection which includes thousands of firearms.

6. During my employment with ATF, I have personally examined and test-fired firearms for the purpose of Interstate Nexus examinations and entry into the National Integrated Ballistics Identification Network (NIBIN). NIBIN test-fires are conducted for the purpose of entering cartridge casings and when applicable projectiles, for comparisons against other entered casings and/or projectiles.

7. That I have access to information regarding current and a historical list of licensed United States and foreign manufacturers, importers and distributors, as well as, common firearms proof marks utilized by numerous foreign countries.

8. That I have assisted and provided training relating to firearms and ammunition identification, Federal firearms and ammunition laws, and Federal firearms and ammunition regulations, to both law enforcement agencies and industry members. That my expertise relative to firearms and ammunition interstate nexus has been requested by several Federal, State, and Local agencies.

9. That for more than 20 years, I have had a personal interest in the history, collection, nomenclature and sporting use of firearms and ammunition. I have and continue to accumulate a personal reference library of firearms and ammunition related publications in order to remain familiar with firearms and ammunition trends.

10. I have previously testified as a Firearm and Ammunition Interstate Nexus Expert in the United States District Court – District of Kansas in the following case(s):

    - US v Roger Moss: 20-10038-01-JWB: December 2021

11. I am a Firearms and Ammunition Interstate Nexus Expert who is authorized to conduct research to determine the place of origin for firearms and ammunition for the purpose of providing expert testimony in Federal court for issues relating to firearms and ammunition.

JUSTIN SPRAGUE
Digitally signed by JUSTIN SPRAGUE
Date: 2024.03.19 14:02:03 -05'00'

Justin D. Sprague
Special Agent