# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  v.                               **CASE NO. 6:25-cr-10098-JWB**

**ERIK S. HARPER,**

       **Defendants.**

## EXPERT DISCLOSURE

**I.**    **Forensic Scientist (FS) Lana Goodson:** The United States will offer expert testimony from Senior Forensic Scientist Lana Goodson from the Sedgwick County Regional Forensic Science Center. Goodson will testify relating to the substances that are at issue in this case, and opine that, through testing including (depending on the substance) weight determination; pharmaceutical identification; color tests; microscopic examination; gas chromatography-mass spectrometry; marijuana/hemp differentiation; and Headspace Gas Chromatography-Flame Ionization Detector [GC-FID].

   **a.**    **Opinion:** Specifically, FS Goodson will testify she examined the following and identified these items as follows:

      1. Agency Case #24C215634/Laboratory Case # 24-01999 #1; Report Date August 27, 2025 – as follows:
.
- Item 1:    Methamphetamine
- Item 2:    Oxycodone
- Item 3:    Methamphetamine

- Item 4:      Methamphetamine and Hydrocodone
- Item 5:      4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl
- Item 6:      Methamphetamine and Cocaine
- Item 7:      Ethanol
- Item 8:      Methamphetamine
- Item 9:      Methamphetamine
- Item 10:     No controlled substances detected
- Item 11:     Bromazolam – not controlled
- Item 12:     Bromazolam   - not controlled
- Item 13:     Methamphetamine
- Item 14:     Marijuana containing Tetrahydrocannabinol

b.      **Bases and Reasons for the Opinion:**   Ms. Goodson's expert reports, which contain the bases for her opinions, are attached to this disclosure and incorporated herein.   The report is signed by Ms. Goodson and contains "all the opinions and the bases and reasons for them required by [Fed.R.Crim.P. 16(a)(1)(G)] (iii)."   As such, the government asserts that Ms. Goodson is not required to sign this notice pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v).

c.      **Qualifications:** Ms. Goodson's Curriculum Vitae is attached to this disclosure and incorporated herein.

d.      **Previous Publications:** See attached Curriculum Vitae.

e.      **Previous Expert Testimony:**

| Year | Date | Lab # | Court | Prosecutor |
|---|---|---|---|---|
| **2021** | 05-20-21 | 19-02224 | District | Kelsey Floyd |
|  | 12-15-21 | 20-00203 | Federal | Deb Barnett |

| | | | | |
|---|---|---|---|---|
| **2022** | 01-21-22 | 21-01660 | District | Shauna Leslie |
| | 02-22/02-23-22 | 21-00481 | District | Sharon Barnett |
| | 03-02-22 | 19-00829 | Federal | Katie Andrusak |
| | 03-22-22 | 20-02066 | District | Josh Wright |
| | 07-25-22 | 21-00888 | District | Moriah Plowden |
| | 09-09-22 | 22-01763 | District | Jason Roach |
| **2023** | 03-09-23 | 21-00194 | District | Shauna Leslie |
| | 04-25-23 | 20-01788 | District | Mike Phillips |
| | 11-08-23 | 20-00844 | District | Alice Osburn |
| **2024** | 08-14-24 | 23-02261 | District | Robert Short |
| | 09-11-24 | 21-01538 | District | Daniel Vigilius |
| | 09-17-24 | 22-00494 | District | Mandee Schauf |
| | 12-11-24 | 22-1054 | District | Staci Lane |
| **2025** | 01-30-25 | 24-00456 | Park City | Joy Williams |
| | 05-27-25 | 23-02261 | District | Dan Wells |
| | 07-10-25 | 22-00878 | Federal | Lanny Welch / Molly Gordon |

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

By: /s/ Lanny D. Welch
LANNY D. WELCH
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Lanny.Welch@usdoj.gov
Ks. S. Ct. No. 13267

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2025, I electronically filed the foregoing Disclosure with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              s/Lanny D. Welch
                                              LANNY D. WELCH
                                              Assistant U.S. Attorney



# REGIONAL FORENSIC SCIENCE CENTER

1109 N. Minneapolis Street Wichita, KS 67214-3129 • Phone (316) 660-4800 • Fax (316) 383-4535

### Drug ID
### Laboratory Report

| | | | |
|---|---|---|---|
| **Agency Case #:** | 24C215634 | **Laboratory Case #:** | 24-01999 #1 |
| **Agency:** | Wichita PD | **Report Date:** | August 27, 2025 |
| | 455 North Main Street | **Reported by:** | Lana J. Goodson |
| | Wichita, KS  67202 | **Record #:** | 1.0 |
| **Requester(s):** | Davis, Kenneth | **Lab Activity Dates:** | 08/18/2025 to 08/27/2025 |
| | | **Subject Name(s):** | Erik Harper |

The report author ensures the validity of the conclusions, opinions, and/or interpretations contained within this report. All results relate only to the items that were tested and apply to the item as it was received, except when otherwise indicated.

**EVIDENCE DESCRIPTION**

The following was submitted by Natalia Lozano on December 11, 2024:

    Container A - Tape-Sealed Envelope Containing:  Black Wrapper Containing Possible Meth
        Item 1
    Container B - Tape-Sealed Envelope Containing:  Pill (Oxycodone)
        Item 2
    Container C - Tape-Sealed Envelope Containing:  Baggie Containing Possible Meth
        Item 3
    Container D - Tape-Sealed Envelope Containing:  Pill (Hydrocodone)
        Item 4
    Container E - Tape-Sealed Paper Sack Containing:  Clear Bag Containing White Powder
        Item 5
    Container F - Tape-Sealed Paper Sack Containing:  Clear Bag Containing White Powder
        Item 6
    Container G - Tape-Sealed Paper Sack Containing:  Grey Goose Vodka Bottle
        Item 7
    Container H - Tape-Sealed Paper Sack Containing:  Clear Vacuum-Sealed Bag Containing White Crystal Substance
        Item 8
    Container I - Tape-Sealed Paper Sack Containing:  Clear Vacuum-Sealed Bag Containing White Crystal Substance
        Item 9
    Container J - Tape-Sealed Paper Sack Containing:  Sealed Black Bottle Containing Unknown Fluid/Liquid
        Item 10
    Container K - Tape-Sealed Paper Sack Containing:  Pills (Alprazolam)
        Item 11 - Item 12
    Container L - Tape-Sealed Envelope Containing:  Possible Meth
        Item 13
    Container M - Tape-Sealed Paper Sack Containing:  Plastic Package with GBS
        Item 14

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
LG          www.sedgwickcounty.org/forensic-science          Page 1 of 3

**Laboratory Report**

Drug ID         **Report Date: August 27, 2025**         **Laboratory Case #:** 24-01999 # 1

**EVIDENCE SUMMARY**

Item 1 - A crystalline substance.
Item 2 - 1 white, oval tablet with the logo "M522<>7.5/325".
Item 3 - A crystalline substance.
Item 4 - 1 white, capsule-shape, 1/2 scored tablet with the logo "T 258".
Item 5 - A white powder and a chunky, pressed powder substance.
Item 6 - A white powder.
Item 7 - A colorless liquid.
Item 8 - A crystalline substance.
Item 9 - A crystalline substance.
Item 10 - A light pink liquid.
Item 11 - 1 white, rectangle, multi-scored tablet with the logo "V<> 2090".
Item 12 - A group of white, rectangle tablets, tablet pieces and fragments.
Item 13 - A crystalline substance.
Item 14 - Plant material.

**METHODOLOGY**

Weight Determination
Color Test(s)
Microscopic Examination
Pharmaceutical Identification
Gas Chromatography-Mass Spectrometry [GC-MS]
Marijuana/Hemp Differentiation
Headspace Gas Chromatography-Flame Ionization Detector [GC-FID]

**RESULTS**

Item 1 - Methamphetamine.  Net weight = 1.96 grams.  Purity = 77.2 ± 5.2%.

Item 2 - Oxycodone.

Item 3 - Methamphetamine.  Net weight < 0.10 gram.

Item 4 - Methamphetamine and Hydrocodone.

Item 5 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 27.76 grams.

Item 6 - Methamphetamine and Cocaine.  Net weight = 2.48 grams.

Item 7 -  Ethanol by weight = 34.37 ± 2.34 gm%.

Item 8 - Methamphetamine.  Net weight = 431.69 grams.  Purity = 75.4 ± 7.6%.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
LG                           www.sedgwickcounty.org/forensic-science                           Page 2 of 3

**Laboratory Report**

Drug ID                    **Report Date: August 27, 2025**                    **Laboratory Case #:** 24-01999 # 1

Item 9 - Methamphetamine.  Net weight = 358.80 grams.  Purity = 78.4 ± 4.2%.

Item 10 - No controlled substances detected.

Item 11 - Bromazolam - Not controlled.  Net weight = 0.31 gram.

Item 12 -  Net weight = 21.80 grams.

Item 13 - Methamphetamine.  Net weight = 0.30 gram.

Item 14 - Marijuana containing Tetrahydrocannabinol. Net weight = 81.63 grams.

**REMARKS**

All exhibits, unless otherwise noted, were returned to the submitting agency. Exhibits not assigned an Item identifier were not tested at this time. Some Items may have been repackaged during analysis.

Items 1, 8 and 9 - For each tested Item, a portion of the substance was ground.

Item 12 - The exhibit(s) from this item were weighed only and were not further tested at this time.

Unless otherwise specified in the body of this laboratory report, individual weights reported in grams are ± 0.04 gram for weights less than or equal to 400 grams and ± 0.22 gram for weights greater than 400 grams.  Weights reported in kilograms are ± 0.01 kilogram. All ± values are at a confidence interval of 95.45%.

Scientist: _____
Lana J. Goodson
Forensic Scientist

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
LG                    www.sedgwickcounty.org/forensic-science                    Page 3 of 3

# Curriculum Vitae of Lana Goodson

**Sedgwick County Regional Forensic Science Center**
**1109 N. Minneapolis St.** • **Wichita, Kansas 67214** • **(316) 660-4800**

## EDUCATION

Bachelor of Arts, Tabor College, May 1996
Major:  Biology

## RELEVANT COURSEWORK

Physical Chemistry I, II
Organic Chemistry I
Physics I, II
Statistics
Pathophysiology

Clinical Pharmacology HS 301
 Dr. Ladonna Hale, Wichita State University (Fall 2002)
Pharmacology of Street Drugs PA 129
 Dr. Ladonna Hale, Wichita State University (Fall 2004)

## WORKSHOPS & SPECIALIZED TRAINING

Interpretation of Mass Spectra-Introduction, MAFS Workshop
  R. Martin Smith (5-00)
Postmortem Toxicology:  Pitfalls to Avoid,
  Timothy P. Rohrig, Ph.D., DABFT (7-01)
Forensic Toxicology Primer:  Analytical Toxicology, SAT Meeting
  Gary Kunsman, Ph.D. (11-01)
Raves and Rave Drugs.
  Bill Rowland, KBI (1-02)
Pharmacokinetics and Pharmacodynamics of Ethyl Alcohol.
  Timothy P. Rohrig, Ph.D., DABFT (3-02)
The Effects of Drugs on Human Performance and Behavior,
  Robert F. Borkenstein Center for Studies of Law in Action (3-03)
Fall Meeting of Southwestern Association of Toxicologists (SAT),
  Oklahoma City, OK (11-04)
Spring Meeting of Southwestern Association of Toxicologists (SAT),
  Dallas, TX  (4-05)
DUI Seminar, Les Hulnick and Michelle Smith (2-05)
Annual Conference of Southwestern Association of Forensic Scientists
  (SWAFS), Wichita, KS (10-05)
Murder by Poison/Poisoners throughout History (SWAFS), John Harris
  Trestrail (10-05)

The ABC's of DRE Apprehension and Prosecution of Drug Impaired Drivers, Kansas Highway Patrol (9-06)
Spring Meeting of Southwestern Association of Toxicologists (SAT), Little Rock, AR (4-07)
The Apprehension and Prosecution of Impaired Drivers, Kansas Highway Patrol (9-07)
Expert Testimony for Prosecutor and Scientist I and II, RTI International (4-08, 5-08)
"Catch Me If You Can"- Investigation, Reconstruction, Prosecution, Kansas Highway Patrol (9-08)
Gang Awareness (KSJOA), Deputy Lenker and Wint, SCSO Gang Unit (11-09)
Critical Issues of Methamphetamine (KSJOA), Loretta Wyrick Severin, Kansas Meth Prevention Project (11-09)
Salvia Divinorum: Effects, Legal Status and Analysis, Barry K. Logan, PhD, DABFT (03-10)
Introduction to Measurement Uncertainty-- Parts I and II, Marc A. LeBeau, Ph.D. (08-10)
Ethics II training; The Ethics of Leadership and the Leadership of Ethics, Paul J. Voss, PhD., RTI International (10-11)
Analysis of Emerging Drugs of Abuse, Jeremy Morris, Johnson County (08-12)
Increasing Diversity of Chemicals in Synthetic Stimulant and Cathinone Cases, Barry Logan, PhD, DABFT (11-12)
Uncertainty of Measurement; ASCLAD LAB 100A, 100B and 100C, Laurell Farrell (7-13)
Optimizing GC Detectors; CHROMacademy web training, Tony Taylor and Dr. Dawn Watson, Crawford Scientific (10-14)
Principles of Ionization in GCMS; CHROMacademy web training, Tony Taylor, Crawford Scientific (3-15)
Regioisomer Differentiation for Substances Using GC-IR, Dr. Randall Clark and Mr. Lewis Smith, FTCOE – Forensic Technology Center of Excellence (11-15)
Forensic Chemist Seminar, Drug Enforcement Administration, (6-16)
Ethics and Professional Responsibility, Ron Paschal (12-16)
Kansas Drug ID Chemist's Meeting, hosted by KBI (4-17)
Naloxone/Narcan Training, Andrea Maurer, Sedgwick County EMS (6-17)
LC and GC Separation Seminar Tour, Agilent Application Scientists (8-18)
Kansas Drug ID Chemist's Meeting, hosted by KBI (5-19)
Law Enforcement Industrial Hemp Field Day, hosted by K-State Research and Extension Center, John C. Pair Horticultural Center (8-19)
Marijuana or Hemp: From Farm Bill to Forensic Analysis, Forensic Technology Center of Excellence; Renee Johnson, Mike Goodrich, Dr. Sandra Rodriguez-Cruz (1-20)

    Expert Testimony Training for the Prosecutor & Scientist I, Robert Gainor, Esq, RTI International (3-20)
    Expert Testimony Training for the Prosecutor & Scientist II, Dr. Michael Wagner, RTI International (3-20)
    How to Be a Good Expert Witness, Dr. Gregory Davis, RTI International (3-20)
    Drug Exposures in the Forensic Laboratory, Forensic Technology Center of Excellence; Robert Kirkby, Forensic Science Division, Michigan State Police (6-20)
    Professional Development Supervisor Training Series (PDSTS), Greg Baker and Cheryl Orme, Sedgwick County Human Resources (29 hours, 2021)
    Delta-8 THC: Legal Status, Widespread Interest & Availability Leading to Substantial Safety Concerns, Dr. Chip Wall, National Association of Prosecutor Coordiantors (NAPC) (8-22)
    Narcan Training, Matthew Manning, Sedgwick County EMS (09/22)
    How to Recruit and Retain Quality Employees, Kimberly Meza, Lab Director; Forensic Technology Center of Excellence (05/23)
    Preparing for the 2023 Farm Act: Proactive Collaboration for Laboratory Success, Aliece Watts, Niki Lattanzic, NMS Labs (09/23)
    What's Trending. Quarterly NPS Discover Webinar Series, Dani Mata, Alex Krotulski, Lana Goodson, Celia Modell, ConEd CFSRE (Center for Forensic Science Research & Education) Course (04/24)
    The What, Where and How of Novel Psychoactive Substances, Michael McCormick, Ted Peterson and Alex Krotulski, SOFT ConEd Workshop (06/24)

## PUBLICATIONS

    Rohrig, T. and Goodson, L. (2004) A Sertraline Intoxicated Driver. *Journal of Analytical Toxicology*, Vol. 28, Nov/Dec.

    Rohrig, T., Huber, C., Goodson, L., and Ross, W. (2006) Detection of Ethylglucuronide in Urine following the Application of Germ-X. *Journal of Analytical Toxicology*, Vol. 30, Nov/Dec.

    Ellefsen, K., Papsun, D., Mata, D., Ayala, J., Modell, C., Goodson, L., and Truver, M. (2024) Seized Drug Reporting of NPS Helps to Guide Regional Toxicological Practice: A 17 Month Review between 2022-2023. *J Forensic Sci.* 2024; 69:1392-1399.

**LABORATORY SKILLS**

-Participated in ASCLD/LAB accreditation.
-Participated in ASCLD/LAB-*International* Accreditation.
-Participated in ANAB ISO/IEC 17025:2017 Accreditation.
-Perform chemical analysis and examination of organic, inorganic, and unknown substances.
-Perform standard toxicology (including post-mortem, ante-mortem, DUI/HPT cases, DFSA cases, and blood alcohols), drug identification, and other chemical and biological tests.
-Develops and/or updates testing procedures for new and existing drugs.
-Prepares laboratory reports summarizing examination findings for law enforcement personnel and prosecuting attorneys.
-Appears in court to give testimony on findings.
-Performs technical and administrative peer reviews.
-Performs inventory of laboratory equipment, reagents, supplies, and evidence.
-Maintains chain of custody.
<u>Instruments utilized and/or familiar with:</u>
- Gas Chromatography/Mass Spectrometry
- Gas Chromatography coupled with Flame Ionization and Nitrogen-Phosphorous Detectors
- UV/Vis Spectrophotometry
- ELISA Technology
- Syva 30R
- CO-Oximeter, Katsumata and Palladium Chloride Micro diffusion
- TDx
- Dade Behring, Viva-Jr.
- Infrared Spectrophotometer (Fourier Transform Infrared Spectroscopy – FTIR)

**PROFESSIONAL MEMBERSHIPS**

Southwestern Association of Toxicologists (SAT), member since 11-2000.

Society of Forensic Toxicologists (SOFT), member since 05-2007.

**EMPLOYMENT HISTORY**

| | |
|---|---|
| 05/19-Present | <u>Regional Forensic Science Center</u><br>Wichita, Kansas<br><u>Criminalistics Lab Manager, 06/09/19-Present</u><br><u>Interim Criminalistics Lab Manager, 05/09/19-06/09/19</u><br><u>Forensic Scientist, DID Technical Lead</u> |

- Manage the Criminalistics Section; which includes, Drug Identification, Fire Debris, and Firearms. Will oversee scientists in these sections and complete managerial duties. This would include employee reviews, timesheets and hiring of new employees.
- Responsible for technical issues in the Drug ID section. Oversees training, updates and makes changes to policies and procedures, updates controlled forms and worksheets.
- Performs analysis on items of evidence for the presence or absence of controlled substances or drugs, performs quantitation as needed, tests for open-container violations while maintaining quality control and chain of custody.

- Prepares detailed reports summarizing examination findings for law enforcement personnel and prosecuting attorneys.
- Available for testimony as needed in criminal trials.

1/11-05/19  Regional Forensic Science Center
Wichita, Kansas
Forensic Scientist, DID Technical Lead

- Responsible for technical issues in the section. Oversees training, updates and makes changes to policies and procedures, updates controlled forms and worksheets.
- Performs analysis on items of evidence for the presence or absence of controlled substances or drugs, performs quantitation as needed, tests for open-container violations while maintaining quality control and chain of custody.
- Prepares detailed reports summarizing examination findings for law enforcement personnel and prosecuting attorneys.
- Available for testimony as needed in criminal trials.

4/08-1/11  Regional Forensic Science Center
Wichita, Kansas
Forensic Scientist

- Performs analysis on items of evidence for the presence or absence of controlled substances or drugs, performs quantitation as needed, tests for open-container violations while maintaining quality control and chain of custody.
- Prepares detailed reports summarizing examination findings for law enforcement personnel and prosecuting attorneys.
- Available for testimony as needed in criminal trials.

| | |
|---|---|
| 12/99-4/08 | Regional Forensic Science Center<br>Wichita, Kansas<br>Forensic Scientist |

- Performs standard toxicology, Human Performance Testing, post-mortem toxicology, open-container violations, and blood alcohol testing utilizing complex instrumentation while maintaining quality control and chain of custody.
- Available for testimony as needed on findings.

| | |
|---|---|
| 08/99-12/99 | Regional Forensic Science Center<br>Wichita, Kansas<br>Forensic Pathology Assistant |

- To assist pathologist in autopsy procedures, body receiving and release, proper removal and storage of post-mortem samples, maintain chain of custody.

## COURT EXPERIENCE

Given testimony in several driving under the influence, alcohol, sexual assault, and drug identification cases in the state of Kansas.
Expert witness, Blood Ethanol Analysis, 18th District Court, Kansas.
Expert witness, Drug ID, Municipal Court, Wichita, KS.  05-06-2010.
Expert witness, Drug ID, Federal Court, Wichita, KS.  02-14-2013.

## PERSONAL SUMMARY

Reliable and hard working, proficient trouble-shooting skills, good attention to detail, effective problem-solving and organizational abilities, fine communicator and team player.  Ability to handle large workload and prioritize appropriately while reporting data with professional integrity and honesty.