IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                           Case No. 25-10098-JWB

ERIK S. HARPER,

        Defendant.

## MEMORANDUM AND ORDER

This matter is before the court on Defendant's motion to address federal detainer and motion to advance federal proceedings. (Docs. 4, 5.) On September 30, 2025, the grand jury returned an indictment against Defendant charging violations of 21 U.S.C. § 841, 18 U.S.C. § 924(c), and 18 U.S.C. § 922(g)(1). (Doc. 1.)

On February 4, Defendant filed motions asking this court to lift the federal detainer against him and proceed with his federal charges. Defendant was in state custody at the time. On February 5, the government moved for writ of habeas corpus ad prosequendum and the court granted the motion. (Docs. 7, 8.) Defendant has since been arrested, made his initial appearance, and has been appointed counsel. (Doc. 9.) A pretrial order has been entered and a jury trial set. (Doc. 13.) After these were entered, Defendant filed a response to this court's order granting the government's motion for writ of habeas corpus ad prosequendum. (Doc. 14.) Defendant asks the court to rule on his prior motions. (*Id.*)

A defendant in a criminal case has a constitutional right to self-representation, if he so chooses, but he does not have a right to "simultaneous self-representation and representation by counsel (known as hybrid representation)." *United States v. Couch*, 758 F. App'x 654, 655 (10th

1

2

Cir. 2018). Although the court has discretion to allow hybrid representation (see *United States v. Treff*, 924 F.2d 975, 979 n.6 (10th Cir. 1991)), the court declines to allow hybrid representation in this case.

Defendant's motions (Docs. 4, 5) are DENIED AS MOOT in light of his arrest and the advancement of this case. Any further motions must be filed by counsel in this case. If Defendant files any motions or documents while represented by counsel, they will be struck without notice. IT IS SO ORDERED. Dated this 25th day of February, 2026.

                                                                                s/ John W. Broomes  
                                                                                 JOHN W. BROOMES  
                                                                                 CHIEF UNITED STATES DISTRICT JUDGE